

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2014

No. 04-14-00771-CV

**IN RE ALLSTATE TEXAS LLOYD'S** and Judy Boyd

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice

On November 5, 2014, relators Allstate Texas Lloyd's and Judy Boyd filed a petition for writ of mandamus and emergency motion for temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and emergency motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 13th, 2014.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2014.

Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CVF000440 D1, styled *Raul Valdez and Maria Valdez v. Allstate Texas Lloyd's and Judy Boyd*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable H. Paul Canales presiding.